**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 12-cr-0048-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ROBERT REED,
2.    ANDREW BARTHOLOMEW,
3.    BENJAMIN BLOUNT,
4.    JOSHUA CARLOCK,
5.    NESHAWN FAULKNER,
6.    DELBERT GARDNER,
7.    DERRICK GREGORY,
8.    TAIRA HOLLIDAY,
9.    RICHARD REED,
10.   LIONEL ROBINSON,
11.   DERRICK RUTLEDGE, and
12.   CHARLTON VAUGHN

    Defendants.

**ORDER GRANTING THE GOVERNMENT'S MOTION TO DISCLOSE COPIES OF TRANSCRIPTS OF GRAND JURY TESTIMONY AND EXHIBITS UNDER SPECIFIED CONDITIONS TO ATTORNEYS FOR DEFENDANTS**

On May 24, 2012, the Government filed the instant Motion to Disclose Copies of Transcripts of Grand Jury Testimony and Exhibits Under Specified Conditions to Attorneys for Defendants ("Motion"). (ECF No. 227.) The Government seeks an order from the Court allowing it to disclose the Grand Jury transcripts and exhibits to defense counsel pursuant to the terms of the April 30, 2012 protective order (ECF No. 212).

The Court ordered Defendants to file their opposition to the Motion, if any, no later than May 30, 2012. (ECF No. 228.) To date, no Defendant has opposed the

Motion.

Pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(I), the Court hereby ORDERS the following:

1. The Government's Motion to Disclose Copies of Transcripts of Grand Jury Testimony and Exhibits Under Specified Conditions to Attorneys for Defendants (ECF No. 227) is GRANTED IN PART and DENIED IN PART;

2. Copies of the transcripts of testimony given before the Grand Jury and other Grand Jury materials shall be disclosed to the attorneys for the Defendants in the above-captioned case **only**;

3. The disclosed copies of the Grand Jury transcripts and materials are subject to the April 30, 2012 Protective Order (ECF No. 212) and are to be handled accordingly; and

4. The Government's Motion is denied without prejudice to the extent it seeks release of the Grand Jury materials to defense counsel in the following related cases: 12-cr-44-CMA, 12-cr-45-WYD, 12-cr-46-REB, and 12-cr-47-MSK. The Government shall direct their request to the judge presiding over each of those cases.

Dated this 1st day of June, 2012.

BY THE COURT:

William J. Martinez
United States District Judge