IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: May 14, 2013 |
| Court Reporter: Gwen Daniel | Probation: Sergio Garza |

_____

Criminal Action No. 12-cr-00048-WJM-6     *Counsel:*

UNITED STATES OF AMERICA,                 Susan D. Knox

    Plaintiff,

v.

6. DELBERT GARDNER,                       Scott Jurdem

    Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

10:05 a.m.     Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Court's comments

Sentencing Statement by Ms. Knox

Sentencing Statement by Mr. Jurdem

Defendant's Allocution

1

**ORDERED:** There being no objection to the Government's Motion to Dismiss Counts One, Thirteen and Nineteen of the Indictment (ECF No. 499), the Motion is GRANTED.

**ORDERED:** There being no objection to the Government's Motion Regarding Acceptance of Responsibility (ECF No. 498), the Motion is GRANTED.

**ORDERED:** The Government's Title 18 U.S.C. §3553(e) And §5K1.1 Motion for Downward Departure Based on Substantial Assistance (ECF No. 500) is GRANTED.

> Defendant plead guilty to Count One of the Information and admitted to the forfeiture allegation on September 19, 2012.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Delbert Gardner, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 34 months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of four years.**

**Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.**

**While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:** Special Condition of Supervised Release:

**Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the Probation Officer.**

**ORDERED: The defendant shall pay a Special Assessment of $100.00, which is due and payable immediately.**

**The Court FINDS that the defendant does not have the ability to pay a fine, so the Court will waive the payment of any fine in this case other than the Special Assessment**.

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances.

**ORDERED: Defendant is REMANDED to the custody of the U.S. Marshal.**

10:32 a.m.     Court in Recess
Hearing concluded
Time: 27 minutes